# THE STATE OF SOUTH CAROLINA
## In The Supreme Court

The State, Respondent,

v.

Christopher Heller, Petitioner.

Appellate Case No. 2012-212983

---

## ON WRIT OF CERTIORARI TO THE COURT OF APPEALS

---

Appeal From Richland County
The Honorable J. C. Nicholson, Jr., Circuit Court Judge

---

Opinion No. 27461
Heard October 7, 2014 – Filed October 29, 2014

---

## DISMISSED AS IMPROVIDENTLY GRANTED

---

Chief Appellate Defender Robert M. Dudek, of
Columbia, for Petitioner.

Attorney General Alan M. Wilson, Chief Deputy
Attorney General John W. McIntosh, Senior Assistant
Deputy Attorney General Donald J. Zelenka, Assistant
Attorney General J. Anthony Mabry, and Solicitor Daniel
E. Johnson, all of Columbia, for Respondent.

---

**PER CURIAM:** We granted Christopher Heller's petition for a writ of certiorari to review the decision of the Court of Appeals in *State v. Heller*, 399 S.C.

157, 731 S.E.2d 312 (Ct. App. 2012).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**TOAL, C.J., PLEICONES, BEATTY, KITTREDGE and HEARN, JJ., concur.**